CLOSED,JURY,PATENT

# U.S. District Court
# Eastern District of Virginia − (Richmond)
# CIVIL DOCKET FOR CASE #: 3:26−cv−00828−DJN

Valtrus Innovations Limited et al v. Sabey Data Center Properties LLC
Assigned to: District Judge David J. Novak
Cause: 35:271 Patent Infringement

Date Filed: 08/18/2026
Date Terminated: 09/04/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Valtrus Innovations Limited** represented by **Phillip Eklem**
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street NW
Suite 800
Washington, DC 20036
202−894−7310
Email: peklem@reichmanjorgensen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Key Patent Innovations Limited** represented by **Phillip Eklem**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sabey Data Center Properties LLC**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2026 | Ï 1 | Complaint *Against Sabey Data Center Properties LLC* ( Filing fee $ 405, receipt number AVAEDC−11251697.), filed by Valtrus Innovations Limited, Key Patent Innovations Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Civil Cover Sheet 8, # 9 AO120 Form)(Eklem, Phillip) (Main Document 1 replaced on 8/19/2026) (ewat, ). . (Entered: 08/18/2026) |
| 08/18/2026 | Ï 2 | Corporate Disclosure Statement by Key Patent Innovations Limited, Valtrus Innovations Limited. (Eklem, Phillip) (Main Document 2 replaced on 8/19/2026) (ewat, ). (Entered: 08/18/2026) |
| 08/18/2026 | Ï 3 | Proposed Summons re 1 Complaint, by Key Patent Innovations Limited, Valtrus Innovations Limited (Eklem, Phillip) (Main Document 3 replaced on 8/19/2026) (ewat, ). (Entered: 08/18/2026) |
| 08/19/2026 | Ï | Case transferred in from Alexandria Division Division. Case Number 1:26cv2641. (mful, ) (Entered: 08/19/2026) |
| 08/19/2026 | Ï 4 | Report on the filing or determination of an action regarding patent and/or trademark(s) 6,718,277 and |

| | | |
|---|---|---|
| | | 6,868,682. (mful, ) (Entered: 08/19/2026) |
| 08/19/2026 | Ï | Notice of Correction re 2 Corporate Disclosure Statement, 1 Complaint: Clerk added Civil Action Number and replaced documents. No further action required at this time. (ewat, ) (Entered: 08/19/2026) |
| 08/19/2026 | Ï 5 | Summons Issued as to Sabey Data Center Properties LLC. NOTICE TO ATTORNEY: Please remove the headers and print two duplex copies of the Electronically issued summons for Defendant. Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention. Electronically file the summons return using the filing events Summons Returned Executed or Summons Returned Unexecuted. Please ensure that the original summons page signed by the clerk is the first document to appear when filing the return of service. (ewat, ) (Entered: 08/19/2026) |
| 09/04/2026 | Ï 6 | CERTIFIED CONDITIONAL TRANSFER ORDER (CTO−2) − Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. 1407 to the Eastern District of Texas and assigned to the Honorable James Rodney Gilstrap.. Signed by Jessica D. Birnbaum, Clerk of the Panel on 9/4/26. (Khan, ) (Main Document 6 replaced on 9/4/2026) (Khan, ). (Entered: 09/04/2026) |
| 09/04/2026 | Ï | Case transferred to District of Eastern District of Texas. Original file, certified copy of transfer order, and docket sheet sent. (Khan, ) (Entered: 09/04/2026) |
| 09/04/2026 | Ï | ***TEXT ONLY ENTRY*** MINUTE ORDER − TO INVOLVED CLERKS − Conditional Transfer Order (CTO−2) Finalized on 9/4/26. Please see pleading (4 in MA/1:26−cv−13811, 76 in MDL No. 3190, 4 in PAW/2:26−cv−01736, 4 in TXN/3:26−cv−02755, 4 in TXN/3:26−cv−02758, 4 in TXN/3:26−cv−02760, 4 in TXS/4:26−cv−06818, 4 in TXS/7:26−cv−00382, 4 in VAE/3:26−cv−00828). As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer. The 7−day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the E.D. Texas for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred. Signed by Clerk of the Panel Jessica D. Birnbaum on 9/4/2026. Associated Cases: MDL No. 3190, MA/1:26−cv−13811, PAW/2:26−cv−01736, TXN/3:26−cv−02755, TXN/3:26−cv−02758, TXN/3:26−cv−02760, TXS/4:26−cv−06818, TXS/7:26−cv−00382, VAE/3:26−cv−00828 (DLD) (adun, ) (Entered: 09/08/2026) |