AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

VALTRUS INNOVATIONS LIMITED, et al.,
*Plaintiff*
v.
Sabey Data Center Properties LLC
*Defendant*

Case No. 2:26-cv-00807-JRG

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sabey Data Center Properties LLC.

Date: 09/14/2026

/s/ Daniel J. Schwartz
*Attorney's signature*

Daniel J. Schwartz, Illinois Bar No. 6230229
*Printed name and bar number*

Nixon Peabody LLP
70 West Madison, Suite 5200
Chicago, IL 60602-4378
*Address*

djschwartz@nixonpeabody.com
*E-mail address*

(312) 977-4432
*Telephone number*

(844) 966-1230
*FAX number*