**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **Valtrus Innovations, Ltd. and Key Patent Innovations, Ltd.,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CIVIL ACTION NO. 2:26-CV-00807-JRG** |
| **Sabey Data Center Properties LLC,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiffs Valtrus Innovations Limited ("Valtrus") and Key Patent Innovations Limited ("KPI") (collectively, "Valtrus") file this Notice of Appearance, and hereby notify the Court that Matthew G. Berkowitz, of the law firm Reichman Jorgensen Lehman & Feldberg LLP, 100 Marine Parkway, Suite 300, Redwood Shores, CA 94065, Telephone (650) 623-1401, E-mail: mberkowitz@reichmanjorgenson.com has entered this action as counsel for Valtrus. In connection with this notice, Mr. Berkowitz requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Matthew G. Berkowitz*
Matthew G. Berkowitz
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 14th day of September, 2026.

*/s/ Matthew G. Berkowitz*
Matthew G. Berkowitz