*UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA*

---

*Valtrus Innovations Ltd., et al.*
*Plaintiff(s)*

*VS.* Case No: 3:26-cv-00828-DJN

*Sabey Data Center Properties LLC*
*Defendant(s)*

---

## AFFIDAVIT OF SERVICE

*I, James Anderson, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Summons, Notice of Potential Tag-Along Actions, Civil Docket Attachment, Complaint for Patent Infringement and Jury Demand with Exhibits, Civil Cover Sheet, and Report on the Filing or Determination of an Action Regarding a Patent or Trademark in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 8/25/2026 at 2:49 PM, I served Sabey Data Center Properties LLC c/o CT Corporation System, Registered Agent at 4701 Cox Road, Suite 285, Glen Allen, Virginia 23060 with the Summons, Notice of Potential Tag-Along Actions, Civil Docket Attachment, Complaint for Patent Infringement and Jury Demand with Exhibits, Civil Cover Sheet, and Report on the Filing or Determination of an Action Regarding a Patent or Trademark by serving Lauren Everett, Agent, authorized to accept service on behalf of CT Corporation System.*

*Lauren Everett is described herein as:*

*Gender: Female Ethnicity: Caucasian Age: 30s Weight: 131-161 Height: 5'10" Hair: Brown*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 08/26/2026*

*James Anderson*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: N/A*
*Job #:16692177*

# Service Authorization
# CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:

> "Registered office and registered agent.
> A....
> B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

***As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.***

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Lauren Everett    Nikolas Williams    Rockayla Marable    Jessica Fitzgerald

This authorization does not certify the receipt or acceptance of any specific process

Lauren Everett
Fulfillment Associate
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Lauren Everett, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 26 day of March, 2026.

Notary Public

ARMAN AHMED
NOTARY PUBLIC
REG # 00380217
MY COMMISSION EXPIRES 05/31/2029
COMMONWEALTH OF VIRGINIA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Valtrus Innovations Ltd; Key Patent Innovations Ltd.

*Plaintiff(s)*

v.

Sabey Data Center Properties LLC

*Defendant(s)*

Civil Action No. 3:26cv828

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sabey Data Center Properties LLC
by and through its registered agent
C T Corporation System
4701 Cox Rd, Ste 285
Glen Allen, VA, 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Phillip Eklem
1909 K Street NW, Suite 800
Washington DC, 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Elizabeth Watson

Date: 8/19/2026

*Signature of Clerk or Deputy Clerk*