EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

VALTRUS INNOVATIONS LTD. et al.
Plaintiff

v. Civ. No. 2:26-cv-00807-JRG

Sabey Data Center Properties LLC
Defendant

# UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Sabey Data Center Properties LLC

Date Party's answer was originally due: 09/15/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 10/21/2026

Date: 10/12/2026

/s/ Gavin Snyder
Full Name: Gavin Snyder
State Bar No.: Washington #48332
Address: Seed Intellectual Property Law Group LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104

Phone: (206) 622-4900
Fax: (206) 682-6031
Email: gavin.snyder@seedip.com

**Please note:**

- A Certificate of Conference is not required.
- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).
- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).
- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)